Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Monica Forsythe,<br>    Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security<br>    Defendant. | CASE NO. 1:10-cv-01515-AWI-GSA<br><br>AMENDED STIPULATION AND<br>ORDER FOR EXTENSION OF<br>OF TIME TO SUBMIT PLAINTIFF'S<br>OPENING BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a 30-day extension of time to file an opening brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. In addition, Plaintiff's counsel is due to deliver a baby on March 25, 2011. Two of her children were one and two weeks early. Plaintiff's counsel has been having lots of contractions in the last two weeks. The current due date for Plaintiff's Opening Brief is April 11, 2011. The new due date will be May 11, 2011. The scheduling order should be modified accordingly.

Dated: March 17, 2011          /s/ Sengthiene Bosavanh

                               SENGTHIENE BOSAVANH, ESQ.
                               Attorney for Plaintiff

Dated: March 17, 2011          BENJAMIN B. WAGNER
                               United States Attorney


                               By: /s/ Brenda Pullin
                               (as authorized via telephone)
                               BRENDA PULLIN
                               Special Assistant United States Attorney

**ORDER**

Pursuant to the Amended Stipulation of the parties, Plaintiff shall have an extension of time through and including May 11, 2011, within which to file an opening brief.

IT IS SO ORDERED.

Dated: **March 17, 2011**    /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE