# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA FORSYTHE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | 1:10-cv-1515 AWI GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE: PLAINTIFF'S MOTION FOR ATTORNEYS' FEES<br><br>(Documents 25 and 31) |

On August 18, 2010, Plaintiff, Margaret Lopez, filed the present action for judicial review of the denial of Social Security benefits. (Doc. 1). Plaintiff's appeal was granted and her case was remanded to the Administrative Law Judge to conduct further proceedings. (Docs. 23). Subsequently, Plaintiff filed a Motion for Attorneys' Fees. (Doc. 25). On March 25, 2013, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's Motion for Attorneys' Fees be GRANTED IN PART. (Doc. 31). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days (15) days. To date, no party has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated March 25, 2013 (Doc. 31), are ADOPTED IN FULL; and

2. Plaintiff's counsel are entitled to an award in the total amount of $11,009.40 to be broken down as follows:

   Ms. Bosavanh: 5.5 hours for total amount of $981.38.

   Mr. Wilborn: 55.50 hours for a total amount of $10,028.02.

This amount should be payable to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

IT IS SO ORDERED.

Dated:   April 18, 2013

SENIOR DISTRICT JUDGE